UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | | Case No. 09-17915 |
|---|---|---|
| MIKA, WAYNE W | § | |
| MIKA, MARTHA | § | |
| | § | |
| Debtor(s) | | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 09/14/2010 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____     By:   /s/NORMAN NEWMAN
                                     Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MIKA, WAYNE W § Case No. 09-17915
MIKA, MARTHA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,006.11 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 30,006.11 |

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | NORMAN NEWMAN | $ 2,744.09 | $ |
| *Attorney for trustee* | Much Shelist, et.al. | $ 4,077.00 | $ 3.00 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,550.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 104.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 12,550.57 | $ 12,550.57 |
| 11 | DISCOVER BANK | $ 566.28 | $ 566.28 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                 Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 10,065.17.

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch               Page 1 of 1              Date Rcvd: Aug 12, 2010
Case: 09-17915                Form ID: pdf006            Total Noticed: 12

The following entities were noticed by first class mail on Aug 14, 2010.
db/jdb        +Wayne W Mika,   Martha Mika,   402 Beebe Court,   Streamwood, IL 60107-3017
aty           +Jeffrey L. Gansberg,   Much Shelist,   191 N. Wacker Drive, Suite 1800,   Chicago, IL 60606-1631
aty           +Laura Dolores Frye,   Law Offices of Peter Francis Geraci,   55 E. Monroe St. # 3400,
               Chicago, IL 60603-5920
tr            +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
               Chicago, IL 60606-1631
13927650      +Chase Manhattan MTGE,   Attn: Bankruptcy Dept.,   3415 Vision Dr,   Columbus, OH 43219-6009
14630750       DISCOVER BANK,   DFS Services LLC,   PO Box 3025,   New Albany, Ohio   43054-3025
13927653      +Discover FIN SVCS LLC,   Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
13927656      +Fahey Medical Center,   Attn: Bankruptcy Dept.,   581 Golf Rd,   Des Plaines, IL 60016-2368
13927655      +First American Bank,   Attn: Bankruptcy Dept.,   700 Busse Rd,   Elk Grove Village, IL 60007-2133
13927652      +Sears CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
13927651      +Wffnatbank,   Attn: Bankruptcy Dept.,   Po Box 94498,   Las Vegas, NV 89193-4498

The following entities were noticed by electronic transmission on Aug 12, 2010.
13927654      +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2010 02:15:44    GEMB CARE CREDIT,
               Attn: Bankruptcy Dept.,   950 Forrer Blvd,   Kettering, OH 45420-1469
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Much Shelist Freed Denenberg Ament & Rubenstein PC
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 14, 2010**              **Signature:** *Joseph Speetjens*