UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MIKA, WAYNE W                              § Case No. 09-17915
       MIKA, MARTHA                               §
                                                  §
Debtor(s)                                         §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $39,170.00 |
| Total Distribution to Claimants: $13,177.62 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $6,824.09 | |

3) Total gross receipts of $ 30,009.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,008.09 (see **Exhibit 2**), yielded net receipts of $20,001.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 6,824.09 | 6,824.09 | 6,824.09 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 11,862.00 | 13,177.62 | 13,177.62 | 13,177.62 |
| TOTAL DISBURSEMENTS | $11,862.00 | $20,001.71 | $20,001.71 | $20,001.71 |

4) This case was originally filed under Chapter 7 on May 18, 2009. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/03/2010           By: /s/NORMAN NEWMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INHERITANCE FROM SALE OF REAL ESTATE | 1290-000 | 30,000.00 |
| Interest Income | 1270-000 | 9.80 |
| **TOTAL GROSS RECEIPTS** | | **$30,009.80** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MIKA, WAYNE W | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 8200-000 | 10,008.09 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$10,008.09** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| TOTAL SECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN NEWMAN | 2100-000 | N/A | 2,744.09 | 2,744.09 | 2,744.09 |
| Much Shelist, et.al. | 3110-000 | N/A | 4,077.00 | 4,077.00 | 4,077.00 |
| Much Shelist, et.al. | 3120-000 | N/A | 3.00 | 3.00 | 3.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 6,824.09 | 6,824.09 | 6,824.09 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 11,862.00 | 12,550.57 | 12,550.57 | 12,550.57 |
| 1I | DISCOVER BANK | 7990-000 | 0.00 | 627.05 | 627.05 | 627.05 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 11,862.00 | 13,177.62 | 13,177.62 | 13,177.62 |

UST Form 101-7-TDR (10/1/2010)

Document    Page 6 of 9

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-17915  
Case Name: MIKA, WAYNE W  
MIKA, MARTHA  
Period Ending: 11/03/10

Trustee: (330560) NORMAN NEWMAN  
Filed (f) or Converted (c): 05/18/09 (f)  
§341(a) Meeting Date: 06/30/09  
Claims Bar Date: 01/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Debtor's Primary Residence | 188,000.00 | 2,057.00 | | 0.00 | FA |
| 2 | Whole life insurance with Prudential. Cash Surre | 1,551.00 | 0.00 | | 0.00 | FA |
| 3 | Whole life insurance with Prudential. Cash Surre | 2,319.00 | 0.00 | | 0.00 | FA |
| 4 | Pension w/ Employer/Former Employer - 100% Exemp | 13,000.00 | 0.00 | | 0.00 | FA |
| 5 | Pension w/ Employer/Former Employer - 100% Exemp | Unknown | Unknown | | 0.00 | FA |
| 6 | Pending Workers Compensation Claim - 100% Exempt | Unknown | 0.00 | | 0.00 | FA |
| 7 | INHERITANCE FROM SALE OF REAL ESTATE (u) | Unknown | 0.00 | | 30,000.00 | FA |
| 8 | Bank Accounts - Checking | 1,650.00 | 0.00 | | 0.00 | FA |
| 9 | Household Goods & Furnishings | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10 | Books and Art Objects | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 12 | Furs & Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Automobile - 1995 Chevy Blazer | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | Automobile - 2002 Chevy S10 | 4,000.00 | 1,600.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 9.80 | Unknown |
| 15 | Assets Totals (Excluding unknown values) | $214,370.00 | $5,657.00 | | $30,009.80 | $0.00 |

**Major Activities Affecting Case Closing:**

Investigating possible inheritance - (Asset case).

Investigating possible inheritance of Debtor's mother's estate.

**Initial Projected Date Of Final Report (TFR):** August 31, 2010    **Current Projected Date Of Final Report (TFR):** August 31, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-17915 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | MIKA, WAYNE W | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MIKA, MARTHA | | Account: | \*\*\*-\*\*\*\*\*81-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*6081 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/03/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/04/10 | {7} | First Eagle Bank | Proceeds from mother's estate- inheritance | 1290-000 | 30,000.00 | | 30,000.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 30,000.97 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.20 | | 30,001.17 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*8165 | Wire out to BNYM account 9200\*\*\*\*\*\*8165 | 9999-000 | -30,001.17 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -30,001.17 | 0.00 | |
| Subtotal | 30,001.17 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $30,001.17 | $0.00 | |

{} Asset reference(s)

Printed: 11/03/2010 12:19 PM   V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-17915 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | MIKA, WAYNE W | | Bank Name: | The Bank of New York Mellon |
| | MIKA, MARTHA | | Account: | 9200-******81-65 - Money Market Account |
| Taxpayer ID #: | **-***6081 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/03/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8165 | Wire in from JPMorgan Chase Bank, N.A. account ********8165 | 9999-000 | 30,001.17 | | 30,001.17 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.43 | | 30,002.60 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.79 | | 30,004.39 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.72 | | 30,006.11 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.79 | | 30,007.90 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.78 | | 30,009.68 |
| 09/14/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.12 | | 30,009.80 |
| 09/14/10 | | To Account #9200******8166 | Account Transferq | 9999-000 | | 30,009.80 | 0.00 |
| | | | ACCOUNT TOTALS | | 30,009.80 | 30,009.80 | $0.00 |
| | | | Less: Bank Transfers | | 30,001.17 | 30,009.80 | |
| | | | Subtotal | | 8.63 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8.63 | $0.00 | |

{} Asset reference(s)                                     Printed: 11/03/2010 12:19 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-17915 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | MIKA, WAYNE W | | Bank Name: | The Bank of New York Mellon |
| | MIKA, MARTHA | | Account: | 9200-******81-66 - Checking Account |
| Taxpayer ID #: | **-***6081 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/03/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/10 | | From Account #9200******8165 | Account Transferq | 9999-000 | 30,009.80 | | 30,009.80 |
| 09/15/10 | 101 | NORMAN NEWMAN | Final Compensation | 2100-000 | | 2,744.09 | 27,265.71 |
| 09/15/10 | 102 | Much Shelist, et.al. | Final Compensation for 2/22/10 through 05/28/10 | 3110-000 | | 4,077.00 | 23,188.71 |
| 09/15/10 | 103 | Much Shelist, et.al. | Final Expenses for 2/22/10 through 05/28/10 | 3120-000 | | 3.00 | 23,185.71 |
| 09/15/10 | 104 | DISCOVER BANK | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 12,550.57 | 10,635.14 |
| 09/15/10 | 105 | DISCOVER BANK | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7990-000 | | 627.05 | 10,008.09 |
| 09/15/10 | 106 | MIKA, WAYNE W | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 8200-000 | | 10,008.09 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 30,009.80 | 30,009.80 | $0.00 |
| Less: Bank Transfers | | 30,009.80 | 0.00 | |
| Subtotal | | 0.00 | 30,009.80 | |
| Less: Payments to Debtors | | | 10,008.09 | |
| NET Receipts / Disbursements | | $0.00 | $20,001.71 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****81-65 | 30,001.17 | 0.00 | 0.00 |
| MMA # 9200-******81-65 | 8.63 | 0.00 | 0.00 |
| Checking # 9200-******81-66 | 0.00 | 20,001.71 | 0.00 |
| | $30,009.80 | $20,001.71 | $0.00 |